UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Debtors
(BAS 1470)

| | |
|---|---|
| In Re:<br><br>Stanley & Corinne Kleinschmidt,<br><br>                     Debtors. | Case No. 09-13545-NLW<br>Chapter 7<br>Hearing Date: 9/28/2009 @ 9:00 A.M.<br><br>CERTIFICATION OF BENJAMIN A. STANZIALE, JR., ESQ. IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL FOR STANLEY AND CORINNE KLEINSCHMIDT |

I, Benjamin A. Stanziale, Jr., certify as follows:

1.   I am the attorney for Stanley and Corinne Kleinschmidt, the defendants in the above-referenced case, and as such, am familiar with all facts referenced herein. I am filing this certification in support of my firm's motion to be relieved as defendants' counsel for the reasons detailed below.

2.   The clients refuse to follow the firm's advice and is asking the firm to pursue legal strategies that are not reasonable. Under Rule of Professional Conduct 1.16, good cause for withdrawal exists based upon the clients insisting on a course of action with which the firm has a fundamental disagreement.

3.   As a result, this firm cannot continue to represent the debtors in this action and seeks to be relieved as counsel.

I hereby certify that the foregoing statements made by me are true and accurate and I am aware that if any of them are willfully false that I am subject to punishment.

   /s/ Benjamin A. Stanziale, Jr.
Benjamin A. Stanziale, Jr.

Dated: August 26, 2009