☒ Presumption of Undue Hardship
☐ No Presumption of Undue Hardship
(Check box as directed in Part D: Debtor's Statement
in Support of Reaffirmation Agreement.)

# UNITED STATES BANKRUPTCY COURT
## District of _____New Jersey_____

In re  Stanley Kleinschmidt          ,           Case No. 09-13545
            Debtor                               Chapter  Chapter 7

FILED
JAMES J. WALDRON, CLERK
SEP 1 4 2009
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## REAFFIRMATION AGREEMENT

*[Indicate all documents included in this filing by checking each applicable box.]*

☒ Part A: Disclosures, Instructions, and          ☒ Part D: Debtor's Statement in Support of
   Notice to Debtor (Pages 1 - 5)                    Reaffirmation Agreement
☒ Part B: Reaffirmation Agreement                 ☒ Part E: Motion for Court Approval
☒ Part C: Certification by Debtor's
   Attorney

*[Note: Complete Part E only if debtor was not represented by an attorney during the course of negotiating this agreement. Note Also: If you complete Part E, you must prepare and file Form 240B – Order on Reaffirmation Agreement.]*

**Name of Creditor:**  BMW Financial Services NA, LLC

☐ *[Check this box if]* Creditor is a Credit Union as defined in §19(b)(1)(a)(iv) of the Federal Reserve Act

## PART A: DISCLOSURE STATEMENT, INSTRUCTIONS AND NOTICE TO DEBTOR

### 1. DISCLOSURE STATEMENT

*Before Agreeing to Reaffirm a Debt, Review These Important Disclosures:*

**SUMMARY OF REAFFIRMATION AGREEMENT**
This Summary is made pursuant to the requirements of the Bankruptcy Code.

**AMOUNT REAFFIRMED**

The amount of debt you have agreed to reaffirm:          $_____20,805.43_____

*The amount of debt you have agreed to reaffirm includes all fees and costs (if any) that have accrued as of the date of this disclosure. Your credit agreement may obligate you to pay additional amounts which may come due after the date of this disclosure. Consult your credit agreement*

**ANNUAL PERCENTAGE RATE**

*[The annual percentage rate can be disclosed in different ways, depending on the type of debt]*

    a. If the debt is an extension of "credit" under an "open end credit plan," as those terms are defined in § 103 of the Truth in Lending Act, such as a credit card, the creditor may disclose the annual percentage rate shown in (i) below or, to the extent this rate is not readily available or not applicable, the simple interest rate shown in (ii) below, or both.

    (i) The Annual Percentage Rate disclosed, or that would have been disclosed, to the debtor in the most recent periodic statement prior to entering into the reaffirmation agreement described in Part B below or, if no such periodic statement was given to the debtor during the prior six months, the annual percentage rate as it would have been so disclosed at the time of the disclosure statement: 5.90 %.

— And/Or —

    (ii) The simple interest rate applicable to the amount reaffirmed as of the date this disclosure statement is given to the debtor: 5.90 %. If different simple interest rates apply to different balances included in the amount reaffirmed, the amount of each balance and the rate applicable to it are:

$ _____ @ _____ %;
$ _____ @ _____ %;
$ _____ @ _____ %.

    b. If the debt is an extension of credit other than under than an open end credit plan, the creditor may disclose the annual percentage rate shown in (i) below, or, to the extent this rate is not readily available or not applicable, the simple interest rate shown in (ii) below, or both.

    (i) The Annual Percentage Rate under §128(a)(4) of the Truth in Lending Act, as disclosed to the debtor in the most recent disclosure statement given to the debtor prior to entering into the reaffirmation agreement with respect to the debt or, if no such disclosure statement was given to the debtor, the annual percentage rate as it would have been so disclosed: 5.90 %.

— And/Or —

    (ii) The simple interest rate applicable to the amount reaffirmed as of the date this disclosure statement is given to the debtor: 5.90 %. If different simple interest rates apply to different balances included in the amount reaffirmed,

the amount of each balance and the rate applicable to it are:

$_____ @ _____ %;
$_____ @ _____ %;
$_____ @ _____ %.

c. If the underlying debt transaction was disclosed as a variable rate transaction on the most recent disclosure given under the Truth in Lending Act:

The interest rate on your loan may be a variable interest rate which changes from time to time, so that the annual percentage rate disclosed here may be higher or lower.

d. If the reaffirmed debt is secured by a security interest or lien, which has not been waived or determined to be void by a final order of the court, the following items or types of items of the debtor's goods or property remain subject to such security interest or lien in connection with the debt or debts being reaffirmed in the reaffirmation agreement described in Part B.

| Item or Type of Item | Original Purchase Price or Original Amount of Loan |
|---|---|
| 2004 BMW 525i | $ 36,159.00 |

*Optional*—*At the election of the creditor, a repayment schedule using one or a combination of the following may be provided:*

**Repayment Schedule:**

Your first payment in the amount of $ __602.65__ is due on __4/13/2009__ (date), but the future payment amount may be different. Consult your reaffirmation agreement or credit agreement, as applicable.

---*Or*---

Your payment schedule will be: _____ (number) payments in the amount of $_____ each, payable (monthly, annually, weekly, etc.) on the _____ (day) of each _____ (week, month, etc.), unless altered later by mutual agreement in writing.

---*Or*---

A reasonably specific description of the debtor's repayment obligations to the extent known by the creditor or creditor's representative.

Debtor will continue to pay all monthly payments of $602.00 per month until loan is paid in full on the remaining balance as agreed per original loan.

## PART B: REAFFIRMATION AGREEMENT.

I (we) agree to reaffirm the debts arising under the credit agreement described below.

1. Brief description of credit agreement:

2. Description of any changes to the credit agreement made as part of this reaffirmation agreement:

### SIGNATURE(S):

**Borrower:**

Stanley Kleinschmidt
(Print Name)

*[signature]*
(Signature)

Date: 8/21/09

**Co-borrower, if also reaffirming these debts**

N/A
(Print Name)

_____
(Signature)

Date: _____

**Accepted by creditor:**

BMW Financial Services NA, LLC
(Printed Name of Creditor)

PO Box 3607 Dublin, OH 43016-9815
(Address of Creditor)

*[signature]*
(Signature)

April Griffin   Bankruptcy and Replevin Specialist
(Printed Name and Title of Individual Signing for Creditor)

Date of creditor acceptance:

9-8-09

**PART D: DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT**

*[Read and complete sections 1 and 2, __OR__, if the creditor is a Credit Union and the debtor is represented by an attorney, read section 3. Sign the appropriate signature line(s) and date your signature. If you complete sections 1 and 2 __and__ your income less monthly expenses does not leave enough to make the payments under this reaffirmation agreement, check the box at the top of page 1 indicating "Presumption of Undue Hardship." Otherwise, check the box at the top of page 1 indicating "No Presumption of Undue Hardship"]*

1. I believe this reaffirmation agreement will not impose an undue hardship on my dependents or me. I can afford to make the payments on the reaffirmed debt because my monthly income (take home pay plus any other income received) is $ 2,100, and my actual current monthly expenses including monthly payments on post-bankruptcy debt and other reaffirmation agreements total $ 800, leaving $ 1,300 to make the required payments on this reaffirmed debt.

I understand that if my income less my monthly expenses does not leave enough to make the payments, this reaffirmation agreement is presumed to be an undue hardship on me and must be reviewed by the court. However, this presumption may be overcome if I explain to the satisfaction of the court how I can afford to make the payments here: _____

_____

**(Use an additional page if needed for a full explanation.)**

2. I received a copy of the Reaffirmation Disclosure Statement in Part A and a completed and completed and signed reaffirmation agreement.

Signed: _____
(Debtor)

N/A
(Joint Debtor, if any)

Date: 8/21/09

— Or —

*[If the creditor is a Credit Union and the debtor is represented by an attorney]*

3. I believe this reaffirmation agreement is in my financial interest. I can afford to make the payments on the reaffirmed debt. I received a copy of the Reaffirmation Disclosure Statement in Part A and a completed and signed reaffirmation agreement.

Signed: _____
(Debtor)

_____
(Joint Debtor, if any)

Date: _____

**PART E: MOTION FOR COURT APPROVAL**
*[To be completed and filed only if the debtor is not represented by an attorney during the Course of negotiating this agreement]*

## MOTION FOR COURT APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of this reaffirmation agreement, and because (provide any additional relevant reasons the court should consider):

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions (check all applicable boxes):

    ☒ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

    ☐ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income)

Signed: _[signature]_
(Debtor)

_N/A_
(Joint Debtor, if any)

Date: 8/21/09

# BMW Financial Services
## Motor Vehicle Retail Installment Contract - New Jersey

### 1. PARTIES

**BUYER(S)**
Name: STANLEY F. KLEINSCHMIDT
Address (include County and Zip Code): 22 OAKWOOD AVE, MINE HILL NJ 07803
Billing Address (if different):

**SELLER**
Name: DENVILLE BMW
Address: 74 US HIGHWAY 46, MOUNTAIN LAKES NJ 07046

DATE OF CONTRACT: 12/30/2006

This Motor Vehicle Retail Installment Contract ("Contract") is entered into between the buyer(s) ("Buyer") and the seller ("Seller") named above. Unless otherwise specified, "I", "me" and "my" refer to the Buyer and "you" and "your" refer to the Seller or Seller's assignee. "Vehicle" refers to the vehicle described below. I promise to pay Seller the Total of Payments in accordance with the Payment Schedule shown below. I acknowledge that I am purchasing the Vehicle from Seller on an installment basis and accept the Vehicle in its present condition, including all its equipment, parts and accessories.

### 2. VEHICLE

| New/Used | Year | Make | Model | Vehicle Identification Number | Odometer Reading | Personal/Business Use |
|---|---|---|---|---|---|---|
| Used | 2004 | BMW | 525IA | WBANA53524B176417 | 29003 | |

Telephone: ___ CD Player: ___ (specify): ___ (specify): ___ (specify): ___

### 3. CREDIT DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of my credit as a yearly rate. | The dollar amount the credit will cost me. | The amount of credit provided to me or on my behalf. | The amount I will have paid after I have made all payments as scheduled. | The total cost of my purchase on credit, including my downpayment of $0.00 |
| 5.90 % | $ 4988.22 | $ 31170.78 | $ 36159.00 | $ 36159.00 |

### 4. PAYMENT SCHEDULE

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 602.65 | Monthly, beginning 02/13/2007 |

1 Balloon Payment (if applicable): N/A

**SECURITY.** I am giving a security interest in the Vehicle.
**LATE CHARGE.** If all or any portion of a payment is more than 10 days late, I will be charged $10.
**PREPAYMENT.** If I pay off this Contract early, I will not have to pay a penalty.

Please read this Contract, including the reverse side, for additional information on security interests, nonpayment, default, and the right to require repayment in full before the scheduled maturity date.

### 5. ITEMIZATION OF AMOUNT FINANCED

**A. CASH PRICE**
(1) Cash Price of Vehicle and Accessories: $ 28791.85
(2) Other (Describe) N/A: N/A
(3) Other (Describe) N/A: N/A
(4) Other (Describe) N/A: N/A
(5) Cash Price: 28791.85
(6) Sales Tax: + 2015.43
Sales Tax is Calculated as follows:
(a) Cash Price (A(5)): 28791.85
(b) Allowance on Trade-in: - N/A
(c) Adjusted Cash price: 28791.85
(d) Sales Tax: + 2015.43
(e) Adjusted Cash Price Plus Sales Tax: 30807.28
(7) Total Cash Price (A(5) plus A(6)) = 30807.28

**B. DOWN PAYMENT**
(1) Net Value of Trade-In (Gross Allowance $ N/A Payoff $ N/A) (Year ___ Make ___ Model ___): $ N/A
(2) Cash Down Payment: + N/A
(3) Manufacturer's Rebate Assigned to Seller: + N/A
(4) Other (Describe) N/A: + N/A
(5) Total Down Payment = N/A

**C. UNPAID BALANCE OF CASH PRICE** (A(7) minus B(5)): $ 30807.28

**D. AMOUNTS PAID TO OTHERS ON MY BEHALF**
(1) To Public Officials:
   (a) License, Title, and Registration Fees: $ 114.50
   (b) Other Official Fees (Describe): N/A
(2) To Insurance Companies For:
   (a) Credit Life/Disability Insurance: N/A
   (b) Other Insurance (Describe) N/A: N/A
(3) Other Charges:
   (a) To N/A For Service Contract: N/A
   (b) To N/A For N/A: N/A
   (c) To DENVILLE BMW For DOC FEE: 249.00
   (d) To N/A For N/A: N/A
   (e) To N/A For N/A: N/A
   (f) To N/A For N/A: N/A
   (g) To N/A For N/A: N/A
   (h) To N/A For N/A: N/A
(4) Total Amounts Paid to Others on My Behalf = 363.50

**E. AMOUNT FINANCED** (C plus D(4)): $ 31170.78

The Seller may assign this Contract and receive a fee or other consideration for facilitating your financing.
*Seller and/or Seller's affiliates may retain or receive a portion of these amounts.

### 6. SERVICE CONTRACT

A service contract is not required to obtain credit and will not be provided unless I sign and agree to pay the cost. The service contract issued by the Provider will describe the terms and conditions in further detail. By signing below, I agree to purchase the service contract for the term and cost indicated.

Provider: N/A    Cost: $ N/A    Term: N/A months or N/A miles, whichever occurs first.

X _____ Buyer's Signature       X _____ Buyer's Signature

### 7. CREDIT INSURANCE

Credit life or credit disability insurance is not required to obtain credit and will not be provided unless I sign and agree to pay the premium. The policies or certificates issued by the insurer will describe the terms and conditions in further detail. By signing below, I agree to pay for the following insurance for the terms and premiums indicated.

☐ I want Credit Life Insurance (One Buyer only)    Term N/A mos.    Premium $ N/A    Insured Name: ___
☐ I want Joint Credit Life Insurance              Term N/A mos.    Premium $ N/A    Insured Name: ___
                                                                                    Insured Name: ___
☐ I want Credit Disability Insurance (One Buyer only) Term N/A mos. Premium $ N/A   Insured Name: ___
Name of insurer(s): N/A

X _____ Buyer's Signature       X _____ Buyer's Signature

### 8. OPTIONAL GAP CONTRACT ("GAP")

GAP is not required to obtain credit and I may purchase it from anyone I want who is reasonably acceptable to the Seller. I may purchase GAP under this contract by signing below and agreeing to pay the purchase price, shown in Section 5.D above. See my GAP contract for details on the protection it provides.

Term N/A mos.    Name of GAP Contract N/A

X _____ Buyer's Signature       X _____ Buyer's Signature

### 9. INSURANCE VERIFICATION

I agree to maintain the insurance coverage described in Section 14. I affirm that such insurance is in force on the date of this Contract. I authorize Seller and its assignees to speak to my insurance agent or company, and any future insurance agents or companies, about my coverage for the Vehicle.

Insurance Company: STATE FARM INSURANCE    Policy No.: X16 2636 C20 30X    Coverage Verified (Center Employee's Initials): ___
Agent Name: MATTHETTE WILLIAMS    Address: 84 BROADWAY DENVILLE NJ 07834    Phone No.: (973)625-0586

All matters regarding insurance should be sent to: BMW FS Insurance Center, P.O. Box 390902, Minneapolis, MN 55439-0902 or faxed to (952) 833-9414.

### 10. BUYER NOTICES AND SIGNATURES

**IMPORTANT: READ THE ADDITIONAL TERMS ON REVERSE SIDE BEFORE SIGNING BELOW.**

NOTICE TO RETAIL BUYER: DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO A COPY OF THE CONTRACT AT THE TIME YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS.

I ACKNOWLEDGE RECEIPT OF A COMPLETELY FILLED-IN COPY OF THIS CONTRACT AT THE TIME OF SIGNING.

Buyer's Signature: X _[signed]_    Buyer's Signature: X ___

### 11. SELLER SIGNATURE

The authorized signature of the Seller has the effect of: (1) accepting the terms and conditions of this Contract; (2) acknowledging verification of the existence of the insurance coverage required by this Contract with the Buyer's insurance agent; and (3) assigning this Contract to BMW Bank of North America, a wholly owned subsidiary of BMW Financial Services NA, LLC (collectively, "Assignee"), 5550 Britton Parkway, Hilliard, Ohio 43026, subject to the provisions of the Center Agreement between Seller and Assignee. Seller shall not be an agent of Assignee for any purpose.

Authorized Signature: X _[signed]_    Title _[signed]_

3331 (03/06) (NJ)