| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>GARCES & GRABLER, P.C.<br>6 Throckmorton Street<br>Freehold, NJ  07728<br>732-414-5000<br>Michael R. Speck , Esq. MRS-7363<br>Attorney for Stanley F. Kleinschmidt, Jr. and Corinne A. Kleinschmidt | |
| In Re:<br><br>Stanley F. Kleinschmidt, Jr. and Corinne A. Kleinschmidt,<br><br>            Debtors | Case No.  09-13545<br><br>Hearing Date:<br><br>Judge:  Novalyn L. Winfield |

## ORDER RELIEVING THE PARTIES THEREIN OF COUNSEL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**(Page 2)**
**Debtor: Stanley F. Kleinschmidt, Jr. and Corinne A. Kleinschmidt**
**Case No.: 09-13545 NLW**
**ORDER RELIEVING THE PARTIES THEREIN OF COUNSEL**

This matter having been opened to the Court on motion of Michael R. Speck, Esq. withdrawing attorney for Debtors; and the Court having considered the moving papers of the parties and any objections thereto; and for good cause shown:

**ORDERED** as follows:

Garces & Grabler P.C., and Michael R. Speck, Esq., are all relieved of representing the debtors further in this matter.

**IT IS FURTHER ORDERED** that a copy of the within Order be served upon all Parties of record within _____ days of the date hereof.