**GARCES & GRABLER, P.C.**
**6 Throckmorton Street**
**Freehold, NJ  07728**
**(732) 414-5000**
**Michael R. Speck, Esq. MRS-7363**
**Attorneys for Stanley F. Kleinschmidt, Jr. and Corinne A. Kleinschmidt**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re:**  Stanley F.Kleinschmidt, Jr. and<br>Corinne A. Kleinschmidt,<br><div align=right>Debtors</div> | Case No.: 09-13545 NLW<br>Chapter 7<br>Hearing Date: March 8, 2010<br>Time: 9:00 a.m. |

_____

### CERTIFICATION OF MAILING

STATE OF NEW JERSEY:

COUNTY OF MONMOUTH:

Diana Santiago, being of full age and duly sworn according to law, upon oath deposes and says:

1.  I am a Certified Bankruptcy Assistant working with the law firm of Garces & Grabler, P.C., 6 Throckmorton Street, New Brunswick, New Jersey, and attorneys for the Debtors in the above-entitled action.

2.  On this 9th day of February 2010, I deposited in a United States Mail Box, in the Borough of Freehold , State of New Jersey, a sealed envelope containing a copy of the Notice of Motion to Relieve the Parties Therein of Counsel for Chapter 7 Bankruptcy Proceeding on Behalf of Stanley F. Kleinschmidt, Jr. and Corinne A. Kleinschmidt, Statement of No Brief, Attorney Certification and Proposed Order, via regular mail to the following:

David Wolff, Esq.
396 Route 34
Matawan, NJ  07747

Stanley F. Kleinschmidt, Jr.
Corinne A. Kleinschmidt
22 Oakwood Avenue
Mine Hill, NJ  07083

Office Of The US Trustee
1 Newark Ctr Ste 2100
Newark, NJ  07102-5235

Aac
Po Box 2036 28405 Van Dyke Rd
Warren, MI 48093

Accurate Floor Care Inc.
59 Heller Hill Road
Blairstown, NJ 07825

Agur Glass & Mirror, LLC
2424 Edgemore Avenue
Easton, PA 18045

Amerigas
RR 2 Box 2129D
Stroudsburg, PA 18360

Amex
P.O. Box 981537
El Paso, TX 79998

Annie Sez
401 Hackensack Ave
Hackensack, NJ 07601

Arrow Financial
c/o Alliance One
4850 Street Road, Suite 300
Feasterville Trevose, PA 19053

Asset Accept
Po Box 2036
Warren, MI 48090

Barnes Bros. Marine
c/o Asset Recovery Group
10727 White Oak Road
Granada Hills, CA 91344

Bloomingdales
c/o Island National Group
6851 Jericho Turnpike
Syosset, NY 11791

Body By Jake
c/o SKO Brenner American
P O Box 230
Farmingdale, NY 11735

ACE Waste Services
PO Box 2027
Newark, NJ 07114

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Amex
c/o Global Vantage
P O Box 12237
Hauppauge, NY 11788

Andover Pump
7 Lakeview Avenue
Andover, NJ 07821

Applied Bnk
4700 Exchange Cour
Boca Raton, FL 33431

Arrow Fincl
8589 Aero Drive
San Diego, CA 92123

Asset Acceptance LLC
PO BOX 2036
Warren, MI 48090

Bk Of Amer
4060 Ogletown/Stan
Newark, DE 19713

Bmw Fin Svc
5550 Britton Parkway
Hilliard, OH 43026-7456

Boiling Springs Savings Bank
25 Orient Way
Rutherford, NJ 07070

Boiling Springs Savings Bank
c/o Elyse D. Beidner, Esq.
25 Orient Way
Rutherford, NJ 07070

Capital One
C/o NCO Financial Systems, Inc.
1804 Washington Blvd
Mailstop 450
Baltimore, MD 21230

Cardiovascular Health Consultants
PO Box 926
Neptune, NJ 07754

Chase-Pier
800 Brooksedge Blvd
Westerville, OH 43081

Cipollini Co. Inc.
311 West Main Street
Rockaway, NJ 07866

Citi
Po Box 6241
Sioux Falls, SD 57117

Citifinancia
P.O. B 499
Hanover, MD 21076

Clinical Laboratory Mgmt
2124 Morris Avenue
Union, NJ 07083

Collinson Brothers Landscaping
c/o Einhorn Harris
P O Box 3010
Denville, NJ 07834

Comprehensive Cardio Consultants
299 Madison Avenue
Morristown, NJ 07960

Cap One
Pob 30281
Salt Lake City, UT 84130

Capital One Bank
C/o First Source Advantage, LLC.
205 Bryant Woods South
Buffalo, NY 14228

Cit Bank/Dfs
One Dell Way
Round Rock, TX 78682

Chld/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Citibank/HomeDepot
C/o United Recovery Systems
5800 North Course Drive
PO Box 722910
Houston, TX 77072-2910

Citifinancial
Po Box 499
Hanover, MD 21076

Collexx,Inc
59 East Mill Rd
Long Valley, NJ 07853-0679

Collinson Brothers Landscaping
183 West Dewey Avenue
Wharton, NJ 07885

Craig& Kerry Siminara
14 Larsen Drive
Succasunna, NJ 07876

Credit First NA
P O Box 818011
Cleveland OH 44181

Crdt First
Pob 81083
Cleveland, OH 44181

Crusader Lien Services
179 Washington Lane
Jenkintown, PA 19046

Dean Smith and Gladys Smith
70 Windsor Drive
Pine Brook, NJ 07058

Diamond Sand & Gravel Inc.
c/o The Kaighn Company
77 Brant Avenue, Suite 304
Clark, NJ 07066-9980

Door Boy
676 Springfield Avenue
Berkeley Heights, NJ 07922

Dsnb Bloom
3039 Cornwallis Rd
Durham, NC 27709

Edward Bilinkas
415 Route 10
Randolph, NJ 07869

Emanse Estate LLC
c/o Valentino & Dunne
410 Route 10 West, Ste 214
Ledgewood, NJ 07852

Equine Journal
C/o S S Sampliner & Co. Inc.
505 Eighth Ave
New York, NY 10018

FIA Card Services
c/o Phillips & Cohen Assoc.
258 Chapman Road, Ste 205
Newark, DE 19702

Davids Landscaping
Long Valley, NJ 07853

Discover Fin
Pob 15316
Wilmington, DE 19850

Champion Mtg
20 Waterview Blvd
Parsippany, NJ 07054

Doug Sclar
350 Rte 46 East
Mine Hill, NJ 07803

Dsnb Macys
3039 Cornwallis Rd
Durham, NC 27709

Emanse Estate LLC
Emanuel & Julia Akpan
1278 Route 46
Ledgewood, NJ 07852

Emergency Medical Assoc
PO Box 717
Livingston, NJ 07039

Exxmblciti
Po Box 6497
Sioux Falls, SD 57117

Firestone
c/o Client Services, Inc.
3451 Harry Truman Blvd
Saint Charles, MO 63301

Fst Usa Bk B
Po Box 8650
Wilmington, DE 19899

Franco Liviapoma
F & L Painting
14 Branford Street
Newark, NJ 07114

Fst Usa Bk B
Po Box 8650
Wilmington, DE 19899

Gemb
P O Box 981400
El Paso, TX 79998

Gemb/Bst Buy
Po Box 981439
El Paso, TX 79998

Gemb/L&T
Po Box 981400
El Paso, TX 79998

Gemb/Pc Richards
Po Box 981439
El Paso, TX 79998

Grant Oil
2150 Stanley Terrace
Union, NJ 07083

Hfc - Usa
Pob 1547
Chesapeake, VA 23327

Household Bank
c/o Lyon Doughty & Veiduis
P O Box 1269
Mount Laurel, NJ 08054

GAP
c/o MCM
Dept 12421
P O Box 603
Oaks, PA 19456

Gemb/Bebe
Po Box 981400
El Paso, TX 79998

Gemb/Gap
Po Box 981400
El Paso, TX 79998

Robert Berman
5 Pond Hill Drive
Boonton, NJ  07005-9102

Gemb/Mens W
Po Box 981400
El Paso, TX 79998

GPM Associates
Debbie McBride
67 Fairmount Avenue
Morristown, NJ 07960

Harleysville Insurance Co.
Jeffrey H. Ward, Esq.
Two Village Court
Hazlet, NJ 07730

Home Depot
c/o United Recovery Systems
P O Box 722910
Houston, TX 77072

Howard Pieffer, Esq.
c/o O'Brien & Taylor
P O Box 505
Caldwell, NJ 07007

HSBC
P. O. Box 129
Thorofare, NJ 08086

Hsbc Bank
PO Box 129
Thorofare, NJ 08086-0129

Hsbc/Bstby
Pob 15521
Wilmington, DE 19805

Hsbc/Neimn
Pob 15521
Wilmington, DE 19805

Internal Revenue Service
Insolvency Section
PO Box 724
Springfield, NJ 07081-0744

JCP&L
Harris & Harris Ltd
600 W. Jackson Blvd. Ste 400
Chicago, IL 60661

JCP&L/OHIO EDISON
PO Box 3687
Akron, OH 44309

John & Irene Murphy
15 Mountainview Rd
Succasunna, NJ 07876

Johnny On the Spot, Inc
3168 Bordentown Ave
Old Bridge, NJ 08857-9703

Kathleen R. Wall, Esq.
2640 Hwy 70
PO Box A
Manasquan, NJ 08736-0631

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Hsbc Mortgage
Pob 4604
Buffalo, NY 14240

Hsbc/Comp
Pob 15521
Wilmington, DE 19805

Huntington Mortgage
7 Easton Oval
Columbus, OH 43219

JCP&L
331 Newman Springs Rd.
Building 3
Red Bank, NJ 07701

JCP&L
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Joe Rafferty
Rafferty Roofing
45 Park Place
Morristown, NJ 07960

Johnny on the Spot Inc.
c/o Kathleen R. Wall, Esq.
2640 Hwy. 70, PO Box A
Manasquan, NJ 08736

Johnny's Marina
453 River Styx Road
Hopatcong, NJ 07843

Kerry & Craig Seminara
c/o Angelo Perrucci, Esq.
P O Box 181
Washington, NJ 07882

Lamco Plumbing & Heating
Bangiola Law Office
55 Madison Ave., Ste 400
Morristown, NJ 07960

Lord & Taylor
424 Fifth Ave.,
New York, NY 10018

Lvnv Funding
P.O. B 10584
Greenville, SC 29603

Macy's
c/o Capital Management Service
726 Exchange St, Suite 700
Buffalo, NY 14210

Mandee
Po Box 1003
Totowa, NJ 07511

Max Granados
c/o Law Office of Nelson Gonzalez, PC
14 West Blackwell St., 2nd Floor
Dover, NJ 07801

Mellon Bank
Suite 1401
Wilmington, DE 19801-304

Michael Ruppe
75 Musiker Avenue
Randolph, NJ 07869

Midland Cred
8875 Aero Dr
San Diego, CA 92123

Lewis Spitz
1037 Route 46 East- Suite 202
Clifton, NJ 07013

LVNV Funding
c/o Eichenbaum & Stylianov
P. O. Box 914
Paramus, NJ 07653

M&M Fuel Oil
C/o Collexx, Inc.
PO Box 679
Long Valley, NJ 07853

Man Yam
Bernard and Yam
Attorneys at Law
401 Broadway, Suite 1708
New York, NY 10013-3005

Mark Gordon
29 Franklin Place
Morristown, NJ 07960

Max Granados
60 North Sussex Street
Dover, NJ 07801

Men's Warehouse
P O Box 530942
Atlanta, GA 30353

Michael Ruppe
c/o Tanya Simon, Esq.
45 Longview Avenue
Randolph, NJ 07869

Morristown Imaging Associates, II
c/o Hospital & Doctors Service Bureau
55 Washington Street, Ste. 504
East Orange, NJ 07019

Morristown Memorial Hospital
c/o Certified Credit
P. O. Box 336
Raritan, NJ 08869

Mscc
Po Box 163405
Fort Worth, TX 76161

Nissn Inf Lt
P.O. Box 660366
Dallas, TX 75266

Nj Chld Supt
Cn-716
Trenton, NJ 08625

Novastar Mtg
2114 Central Street
Ste. 600
Kansas City, MO 64108

Pnc V Leasng
529 Court Street
Suite 700
Reading, PA 19601

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
POB 41067
NORFOLK VA 23541

PYOD LLC its successors and assigns as
A ssignee of Citibank
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-

Re/Max International Inc.
PO Box 3907
Englewood, CO 80155-3907

Morristown Memorial Hosptial
c/o Atlantic Health System
PO Box 35610
Newark, NJ 07193

Nissan-Infiniti Lt
2901 Kinwest Pkwy
Irving, TX 75063

Nordstromfsb
Po Box 13589
Scottsdale, AZ 85267

Otterstedt Insurance Agency
291 Morris Avenue
Summit, NJ 07901

Portfolio Rc
120 Corporate Blvd.
Norfolk, VA 23502

Protective Measures Security & Fire Syst
1259 Route 46 East
Building #2, Suite 101
Parsippany, NJ 07054

Quest Diagnostics
c/o AMCA
PO Box 1235
Elmsford, NY 10523

Recovery Management Systems Corporation
For Capital Recovery II
As Assignee of HSBC CARD SERVICES
(III)
25 SE 2nd Avenue Suite 1120
Miami FL 33131

Recovery Management Systems Corporation
For Capital Recovery II
As Assignee of Sears - SEARS GOLD
MASTER
25 SE 2nd Avenue Suite 1120
Miami FL 33131

Recovery Management Systems
Corporation For Capital Recovery II
As Assignee of Capital One
25 SE 2nd Avenue Suite 1120
Miami FL 33131

Redwood Dry Wall
393 Howard Boulevard
Mount Arlington, NJ 07856

Recovery Management Systems
Corporation For GE Money Bank
dba MENS WEARHOUSE
25 SE 2nd Ave Ste 1120
Miami FL 33131

RHB Realty, LLC
238 Route 46 East
Dover, New Jersey 07801

Residential Warranty Company
5300 Derry Street
Harrisburg, PA 17111

Robert Berman & RHB Realty
5 Pond Hill Drive
Boonton, NJ 07005

RJ Construction
496 Cary Street
Orange, NJ 07050

Rodriques/Jiminez
Aura Jiminez
49 River Road
Lake, Hiawatha, NJ 07034-2814

Rodriguez/Jimenez Osvaldo
49 River Rd
Lake Hiawatha, NJ 07034

Sears/Cbsd
8725 W Sahara Ave
The Lakes, NV 89163

Rodriquez/Jimenez Osvaldo
Aura Jimenez
49 River Road
Lake Hiawatha,NJ 07034-2814

St. Barnabas Medical Center
Old Short Hills Road
Livingston, NJ 07039-5672

Spiegel
Card Processing Ce
Old Bethpage, NY 11804

Starz Oil Company
131 Landing Road
Landing, NJ 07850

St. Barnabas Outpatient
c/o Apex Asset Management
1891 Santa Barbara Drive, 204
Lancaster, PA 17601

Stone Surfaces
890 Paterson Plank Road
East Rutherford, NJ 07073

State of New Jersey- Insolvency Section
PO Box 245
Trenton, NJ 08695

Toyota Mtr
4 Gatehall Dr
Parsippany, NJ 07054

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Ucs/Citi
Po Box 6241
Sioux Falls, SD 57117

Victoria's Secret
c/o Riddle & Associates
PO Box 1187
Sandy, UT  84091

Vital Recovery Services, Inc.
PO Box 923747
Norcross, GA  30010

West Essex OB-GYN Associates
207 Pompton Avenue
Verona, NJ  07044

Wfnnb/Sporta
1000 Voorhees Driv
Voorhees, NJ  08043

Wfnnb/Vs
Po Box 182128
Columbus, OH  43218-2128

Department of the Treasury
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Visdsnb
9111 Duke Blvd.
Mason, OH  45040

Vally Ntl Bk
1460 Valley Road
Wayne, NJ 07470

Weldon Materials Inc.
c/o Encircle Check Collections Inc.
One Encircle Plaza
1691 NW 107th Avenue
Miami, FL  33172

Wfnnb/Express
4590 E. Broad Street
Columbus, OH  43213

Wfnnb/Vctria
Po Box 182128
Columbus, OH  43218

Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
PO Box 1997
Morristown, NJ  07962-1997

Mark Gordon
29 West Park Place
Morristown, NJ  07960

*/s/ Diana Santiago*
Diana Santiago