UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Stanley F. Kleinschmidt, Jr.
Corrine A. Kleinschidt

Order Filed on
05/05/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No.:09-13545 ( NLW)

Chapter 7

Hearing Date: April 21, 2010

Judge: Novalyn L. Winfield

### ORDER DENYING MOTION TO WITHDRAW AS ATTORNEY

The relief set forth on the following pages, numbered two (2) through two (2)  is hereby **ORDERED**.

**DATED: 05/05/2010**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

A motion or application having been filed on _____, 20 \_\_\_ by _____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion is denied .

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

*Approved by Judge Novalyn L. Winfield May  05, 2010*