UNITED STATES BANKRUPTCY COURT

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

10 MAY 19 AM 11: 44

*[Signature]*
DEPUTY CLERK

District of New Jersey

MLK Jr. Federal Building

50 Walnut Street

Newark, NJ 07102

Case No.: 09-13545-NLW

Chapter: 7

Judge: Novalyn L. Winfield

In Re: Debtor Stanley F. Kleinschmidt Jr.

Dba DSK Properties LLC, dba DSK Contractors LLC, 22 Oakwood Avenue, Mine Hill, NJ 07803

Social Security No.: xxx-xx-8373

Dear David Wolff, Trustee for the above-captioned case, please accept this letter as an official request for a hearing on the proposed abandonment of 318 Center Grove Road, Randolph, NJ.

Please note F L Painting Decorating LLC performed an interior priming service totaling $1500.00 and have not received payment from Mr. Stanley Kleinschmidt Jr. for services rendered on November 18, 2008. F L Painting performed complete priming of the interior premises. We primed every room with spray technique using Benjamin Moore supplies. We have been unsuccessful after many attempts in collecting the balance due from Mr. Stanley Kleinschmidt. Please refer to invoice attached. It is our requests that the court hearing this matter and settle this debt accordingly.

Thank you for your attention to this matter.

*[Signature]*
Franco Liviapoma

Dba F L Painting Decorating LLC

14 Branford Street

Newark, NJ 07114

Mobile: 973-449-5850

Office: 888-851-1410

A request for a hearing will be directed to the Trustee:

David Wolff

Law Offices of David Wolff LLC

396 Route 34

Matawan, NJ 07747

732-566-1189


Trustee's attorney:

Porzio, Bromberg & Newman

Porzio, Bromberg & Newman

100 Southgate Parkway

Morristown, NJ 07962-1997

973-538-4006


Court Clerk

James J. Waldron

District of New Jersey

MLK Jr. Federal Building

50 Walnut Street

Newark, NJ 07102

# F&L Painting LLC

*Painting Done Right!*
14 Branford Street
Newark, NJ 07114
973-449-5850

1
November 18, 2008
Randolph

Stanley Kleinschmidt                          Stanley Kleinschmidt
318 Center Grove Road                    318 Center Grove Road
Randolph, NJ                                       Randolph, NJ

|  JOB  |  PAYMENT TERMS  |
|---|---|
| Complete Interior Prime | Upon Completion |

|  DESCRIPTION  |  TOTAL  |
|---|---|

**Scope of work:**

Prep and repair exterior deck specified by customer

Scrape and sand in preparation for stain

Re-stain with premium stain and remove painter's debris daily

**Labor:**

Interior Prime Foyer

Interior Prime Living Room

Interior Prime Family Room

Interior Prime Dining Room

Interior Prime Kitchen

Interior Prime Master Bedroom

Interior Prime Master Bathroom

Interior Prime Bedrooms

Interior Prime Bathrooms

**Materials:**

Benjamin Moore

Sprayer

Brushes

**TOTAL DUE $**                                           1,500.00

Make all checks payable to F&L Painting LLC
**THANK YOU FOR YOUR BUSINESS!**