| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**LAW OFFICES OF DAVID WOLFF LLC**<br>**Attorneys for Trustee**<br>**396 Route 34**<br>**Matawan, New Jersey 07747**<br>**(732) 566-1189**<br>**DW/1993** |
| In Re:<br><br>STANLEY F. KLEINSCHMIDT, JR. AND CORINNE A. KLEINSCHMIDT,<br><br>                            Debtors. |

Order Filed on 05/26/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 09-13545/NLW

Chapter 7 Proceeding

Judge: Hon. Novalyn L. Winfield

### ORDER APPROVING ABANDONMENT OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: 05/26/2010**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2

**Debtor:** Stanley F. Kleinschmidt, Jr. and Corinne A. Kleinschmidt

**Case No. :** 09-13545/NLW

**Caption of Order: ORDER APPROVING ABANDONMENT OF REAL PROPERTY**

_____

Upon consideration of this matter, being opened to the Court by David Wolff, Chapter 7 Trustee ("Trustee"), via the filing of the Trustee's Information For Notice of Abandonment of the bankruptcy estate's interest in 318 Center Grove Road, Randolph, New Jersey ("Notice") (Docket No. 68); and an objection to the Notice ("Objection") having been filed by Franco Liviapoma d/b/a F L Painting Decorating LLC (Docekt No 73); and a Response to Objection having been filed by the Trustee (Docket No. 74); and the Court having held a hearing on May 24, 2010, during which the Court considered the respective arguments of the parties set forth in the pleadings submitted; and for good cause shown;

IT IS HEREBY ORDERED AND ADJUDGED that the Trustee's Notice is hereby approved in its entirety, and the Objection overruled.

*Approved by Judge Novalyn L. Winfield May 26, 2010*